**NOTE; CHANGES MADE BY COURT**

# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PATTERSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>OMEGA ACCOUNTING SOLUTIONS, INC., a California corporation; ROBERT HALF INTERNATIONAL, INC., an entity of unknown form; and DOES 1-25, inclusive.<br><br>Defendants. | Case No. 8:23-cv-02361-FWS-KES<br><br>Judge:  Hon. Fred W. Slaughter<br>Courtroom:    10D<br><br>**ORDER RE STIPULATION TO REMAND CASE TO ORANGE COUNTY SUPERIOR COURT [15]** |

///

///

///

Having reviewed and considered the Stipulation to Remand Case to Orange County Superior Court [15] ("Stipulation"), filed by Plaintiff ROBERT PATTERSON, Defendant OMEGA ACCOUNTING SOLUTIONS, INC., and Defendant ROBERT HALF INTERNATIONAL, INC., the files and records of the case, the applicable law, and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

>   The above-captioned case is **REMANDED** to Orange County Superior Court as Case No. 30-2023-01359704-CU-WT- NJC.

**IT IS SO ORDERED**.

Dated:  March 22, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE